CARL SCHEFRIN, respondent,

*v.*

PHILIP WILENSKY et al., appellants.

[Decided June 20th, 1921.]

On appeal from a decree of the court of chancery.

*Messrs. Weinberger & Weinberger,* for the respondent.

*Mr. George G. Tennant* and *Messrs. Sullivan & Sullivan,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, whose opinion is reported in *92 N. J. Eq. 109.*

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, GARDNER—10.

*For reversal*—PARKER, KATZENBACH, WHITE—3.